Steven E. Paganetti (SBN 087513)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 224-8462
E-mail: spaganetti@wctlaw.com

Attorneys for Plaintiff, Richard Cavanaugh

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| RICHARD CAVANAUGH,<br><br>    Plaintiff,<br><br>v.<br><br>UNISOURCE WORLDWIDE, INC., and Does 1 through 50, inclusive,<br><br>    Defendants. | NO. 06 CV-00119-AWI-DLB<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY CUT-OFF** |

1.   IT IS HEREBY STIPULATED by Plaintiff Richard Cavanaugh and Defendant Unisource Worldwide, Inc., by and through their Attorneys of record that the discovery cut-off of October 1, 2006 is hereby continued to October 20, 2006 in the order to complete the following depositions: Vince Clubb, Tom Quallick, Bob Magnesarian, Dave Rhodes, Donna Tkel and John Tienken.

Dated:  September 27, 2006                **WILD, CARTER & TIPTON**
                                          A Professional Corporation


                                          By: _____/s/_____
                                              STEVEN E. PAGANETTI
                                              Attorneys for Plaintiff, Richard Cavanaugh

STIPULATION AND ORDER TO CONTINUE DISCOVERY CUT-OFF

Dated: September 27, 2006                               **SEYFARTH SHAW LLP**

By: ___/s/_____
JENNIFER P. SVANFELDT
Attorneys for Defendant, Unisource Worldwide

**ORDER**

Based upon the above stipulation, it is hereby ordered the discovery cut-off of October 1, 2006 is continued to October 20, 2006 in order to complete the following depositions: Vince Clubb, Tom Quallick, Bob Magnesarian, Dave Rhodes, Donna Tkel and John Tienken.

IT IS SO ORDERED.

**Dated:     2006**                                    ___/s/ **Dennis L. Beck**___
3b142a                                                 UNITED STATES MAGISTRATE JUDGE