1   SEYFARTH SHAW LLP
G. Daniel Newland (SBN 087965)
2   Jennifer P. Svanfeldt (SBN 233248)
560 Mission Street, Suite 3100
3   San Francisco, California 94105
Telephone: (415) 397-2823
4   Facsimile: (415) 397-8549

5   Attorneys for Defendant
UNISOURCE WORLDWIDE, INC.
6

7   Steven  E. Paganetti
WILD, CARTER & TIPTON
8   A Professional Corporation
246 West Shaw Avenue
9   Fresno, California 93704
Telephone:  (559) 224-2131
10  Facsimile:  (559) 224-8462
E-mail:  spaganetti@wctlaw.com
11

12                          UNITED STATES DISTRICT COURT

13                          EASTERN DISTRICT OF CALIFORNIA

14  RICHARD CAVANAUGH,                    )   Case No. 1:06-CV-00119-AWI-DLB
                                          )
15              Plaintiff,                )
                                          )   STIPULATION AND [PROPOSED]
16       v.                               )   ORDER EXTENDING EXPERT
                                          )   DISCOVERY DEADLINE
17  UNISOURCE WORLDWIDE, INC. and DOES )
    1 through 50, inclusive,              )
18                                        )
                Defendant.                )
19  _____)

20

21

22

23

24

25

26

27

28

                                         1
Stipulation and [Proposed] Order Extending Expert Discovery Deadline/Case No. 06 CV-00119-AWI-DLB

1          IT IS HEREBY STIPULATED by the parties hereto through their attorneys of record:

2          1.          That the December 11, 2006 expert witness discovery deadline is extended to

3    January 31, 2007.

4

5    DATED:   December 8, 2006                          SEYFARTH SHAW LLP

6

7                                                            By____/s/ Jennifer P. Svanfeldt_____
                                                                   Jennifer P. Svanfeldt
                                                            Attorneys for Defendant
8                                                           UNISOURCE WORLDWIDE, INC.

9
     DATED:   December 8, 2006                          WILD, CARTER & TIPTON
10

11

12                                                          By____/s/ Steven E. Paganetti_____
                                                                   Steven  E. Paganetti
                                                            Attorneys for Plaintiff
13                                                          RICHARD CAVANAUGH

14

15                                          ORDER

16   IT IS SO ORDERED.

17   December 12, 2006

18                                              _____/s/ *Dennis L. Beck*_____
                                                     United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28

                                                   2