Steven E. Paganetti (SBN 087513)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 224-8462
E-mail: spaganetti@wctlaw.com

Attorneys for Plaintiff, Richard Cavanaugh

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| RICHARD CAVANAUGH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNISOURCE WORLDWIDE, INC., and Does 1 through 50, inclusive,<br><br>　　　　Defendants. | NO. 06 CV-00119-AWI-DLB<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT/SUMMARY ADJUDICATION OF CAUSES OF ACTION AND EXTEND DISPOSITIVE MOTION DEADLINE** |

　　　　IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record as follows:

　　　　1.　　Defendants Unisource Worldwide, Inc. Motion for Summary Judgment, or in the Alternative, Summary Adjudication be continued from February 5, 2007 to February 20, 2007 at 1:30 p.m. in Courtroom 2;

　　　　2.　　The Dispositive Motion deadline be continued from February 5, 2007 to February 20, 2007.

///

///

///

STIPULATION & ORDER TO CONTINUE SUMMARY JUDGMENT MOTION

Dated: January__, 2007        **WILD, CARTER & TIPTON**
A Professional Corporation

By: _____/s/Steven E. Paganetti_____
STEVEN E. PAGANETTI
Attorneys for Plaintiff, Richard Cavanaugh

Dated: January___, 2007        **SEYFARTH SHAW LLP**

By: _____/s/ G. Daniel Newland_____
G. DANIEL NEWLAND
Attorneys for Defendant, Unisource Worldwide

## ORDER

Based upon the above stipulation, it is hereby ordered as follows:

1. Defendant's Unisource Worldwide, Inc., Motion for Summary Judgment/Summary Adjudication of Causes of Action is continued from February 5, 2007 to February 20, 2007 at 1:30 p.m. in Courtroom 2;

2. The Dispositive Motion deadline is extended from February 5, 2007 to February 20, 2007.

IT IS SO ORDERED.

**Dated:   January 23, 2007**         _____/s/ Anthony W. Ishii_____
0m8i78        UNITED STATES DISTRICT JUDGE

STIPULATION & ORDER TO CONTINUE SUMMARY JUDGMENT MOTION