# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD CAVANAUGH, | ) | CIV-F 06-0119 AWI DLB |
| | ) | |
| Plaintiff, | ) | ORDER VACATING HEARING DATE OF |
| | ) | FEBRUARY 20, 2007 AND TAKING |
| v. | ) | MATTER UNDER SUBMISSION |
| | ) | |
| UNISOURCE WORLDWIDE, INC. | ) | |
| and DOES 1 through 50, inclusive, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

   Defendant Unisource Worldwide has made motion a for summary judgment. Doc. 48. The hearing for the motion was set for February 20, 2007 at 1:30 PM.  Plaintiff Richard Cavanaugh has filed an opposition, and Defendant has filed a reply. Docs. 54 and 65.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 20, 2007, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 15, 2007            /s/ Anthony W. Ishii
0m8i78                                UNITED STATES DISTRICT JUDGE

1