1  Steven E. Paganetti (SBN 087513)
   **WILD, CARTER & TIPTON**
2  A Professional Corporation
   246 West Shaw Avenue
3  Fresno, California 93704
   Telephone: (559) 224-2131
4  Facsimile: (559) 224-8462
   E-mail: spaganetti@wctlaw.com
5
   Attorneys for Plaintiff, Richard Cavanaugh
6

7

8                    **UNITED STATES DISTRICT COURT**

9        **EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION**

10  **RICHARD CAVANAUGH,**            ) **NO. 06 CV-00119-AWI-DLB**
                                      )
11       **Plaintiff,**               ) **STIPULATION AND ORDER TO**
                                      ) **CONTINUE PRE-TRIAL**
12          **v.**                    ) **CONFERENCE**
                                      )
13  **UNISOURCE WORLDWIDE, INC.,**    )
    **and Does 1 through 50, inclusive,** )
14                                    )
         **Defendants.**              )
15                                    )
                                      )
16  _____  )

17

18           IT IS HEREBY STIPULATED by and between the parties through their

19  respective attorneys of record as follows:

20           1.      That the Pre-Trial Conference presently scheduled for Friday, March 16,

21  2007 at 8:30 a.m. in Department 2 be continued to March 28, 2007 at 8:30 a.m. in Courtroom 2,

22  due to the fact that Plaintiff Richard Cavanaugh's counsel is presently involved in Central Valley

23  Contrete v. American Transit Mix; Merced County Superior Court Case No: 147458 set for jury

24  trial on March 13, 2007 estimated at 2 weeks.

25           2.      The filing date of Joint Pre-Trial Statement will be extended to March 21,

26  2007.

27

28

STIPULATION & ORDER TO CONTINUE PRE-TRIAL CONFERENCE

1

2

Dated: March 7, 2007,                                    **WILD, CARTER & TIPTON**
                                                         A Professional Corporation

3

4                                                        By: _____/s/_____

5                                                             STEVEN E. PAGANETTI
                                                         Attorneys for Plaintiff, Richard Cavanaugh

6

7     Dated: March 7, 2007                               **SEYFARTH SHAW LLP**

8                                                        By: _____/s/_____

9                                                             JENNIFER SVANFELDT,
                                                         Attorneys for Defendant, Unisource

10                                                       Worldwide

11                                        **ORDER**

12
        Based upon the above stipulation, it is hereby ordered as follows:

13
        1.      That the Pre-Trial Conference presently scheduled for Friday, March 16, 2007 at

14
8:30 a.m. in Department 2 be continued to March 28, 2007 at 8:30 a.m. in Courtroom 2.

15
        2.      The filing date of Joint Pre-Trial Statement will be extended to March 21, 2007.

16

17

18    IT IS SO ORDERED.

19    **Dated:    March 13, 2007**                    _____/s/ Anthony W. Ishii_____

20    0m8i78                                          UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

STIPULATION & ORDER TO CONTINUE PRE-TRIAL CONFERENCE